SMITH v. CITY OF CHEYENNE.

(October 13, 1891.)

Error to district court, Laramie county.

Ejectment by Mary Boughton against the city of Cheyenne. An application by William G. Smith to be substituted as plaintiff was denied, and he appeals. Affirmed.

*E. W. Mann*, for plaintiff in error. *C. N. Potter*, for defendant in error.

GROESBECK, C. J. The record in this case discloses that the case presented is the same as that in Smith v. Harrington, ante, 503, 27 Pac. Rep. 803, (decided at this term.) For the reasons assigned therein the judgment of the district court of Laramie county is affirmed.

CONAWAY and MERRELL, JJ., concur.